UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDIA TAAMU,

          Petitioner,

   v.

TY TRENARY,

          Respondent.

Case No. C14-1826 RSM

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the Petitioner having filed no objections thereto, and the remaining record, finds and **Orders** as follows:

   1.   The Report and Recommendation is **ADOPTED**;

   2.   Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED with prejudice**;

   3.   Petitioner is **DENIED** issuance of a certificate of appealability; and

   4.   The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 9 day of February 2015.

                             RICARDO S. MARTINEZ
                             UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL- 1